IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| M.M., a minor, by and through her mother and next friend, ASHLEY COLLINS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:18-cv-600-SRW<br>) |
| THE CITY OF PHENIX CITY, ALABAMA, and JAY GEIGER, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Before the court is the parties' joint motion to approve settlement. (Doc. 23). A *pro ami* hearing was held on October 24, 2019. At the hearing, the minor plaintiff, M.M., and her mother, next friend, and guardian, Ashley Collins, each testified to the facts underlying the claims in this case and their understanding of the proposed settlement agreement. Defendant's counsel represented that the settlement agreement reflects the compromise of claims that would have been disputed had the lawsuit not been resolved by agreement.

Upon consideration of the joint motion to approve settlement (Doc. 23), the proposed settlement agreement (Def. Ex. 1), and the testimony and evidence presented at the *pro ami* hearing, and upon a review of the record in this matter, it is

ORDERED that the joint motion to approve settlement (Doc. 23) is GRANTED, and the proposed settlement agreement (Def. Ex. 1) is APPROVED. The court finds, based on the testimony and evidence offered at the *pro ami* hearing, that the settlement is fair, just, and equitable, and is in the best interest of M.M. under the circumstances of this case.

It is further ORDERED that all claims asserted against defendants by plaintiff in the above-styled action are DISMISSED with prejudice. No costs are taxed, as they have been resolved by agreement between the parties. The Clerk is directed to close this case.

DONE, on this the 28th day of October, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge
